# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**AMY FRENCH, a person with a disability, by her parent GARY FRENCH**

    vs.                        **CASE NUMBER: 5:04-CV-434 (FJS/ATB)**

**NEW YORK STATE DEPARTMENT OF EDUCATION; FAYETTEVILLE-MANLIUS BOARD OF EDUCATION; DR. PHILLIP MARTIN, Superintendent of Schools, individually and in his official representative capacity; and LISA MIORI-DINNEEN, Assistant Superintendent, individually and in her official representative capacity**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion to Dismiss and Motion for Summary Judgment filed by the defendants are granted, and further that Plaintiff's Motion to Serve the Amended Complaint late is denied. Judgment is entered in favor of the defendants and this case is closed.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 30TH day of September, 2010.

DATED: September 30, 2010

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk